UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RACHEL SOROTZKIN and<br>MORDECHAI SOROTZKIN | **SEALING ORDER**<br><br>Honorable Tonianne J. Bongiovanni<br><br>Mag. No. 17-5008 (TJB) |

This matter having come before the Court upon the application of the United States of America (Molly S. Lorber, Assistant United States Attorney, appearing), for a complaint and arrest warrants, and the concurrent application that the complaint and arrest warrants filed against the individuals named in the warrants be filed under seal, and good cause having been shown,

IT IS, on this 23th day of June, 2017,

ORDERED that, except for such copies of the arrest warrants as are necessary to accomplish its purpose, the complaint, arrest warrants, and all other documents filed in this matter be and hereby are SEALED until the first arrest warrant is executed or until further order of the Court, whichever first occurs.

Hon. Lois H. Goodman
United States Magistrate Judge

RECEIVED

JUN 23 2017

AT 8:30_____M
WILLIAM T. WALSH
CLERK