# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**  
**MAGISTRATE JUDGE: ARPERT**  
**ESR: Mark J. Morelli**

**June 26, 2017**  
**DATE OF PROCEEDINGS**

**TITLE OF CASE**:  MJ-17-5008-2 (TJB)

UNITED STATES OF AMERICA,
 V.
MORDECHAI SOROTZKIN

**APPEARANCES:**

Molly Lorber, AUSA for Government
Benjamin Rosenberg, Esq., for Defendant
Wendy Lonsdorf, Pretrial Services

**NATURE OF PROCEEDING:**   INITIAL APPEARANCE

Initial appearance held.
Defendant advised of her rights, charges and penalties.
Waiver of preliminary hearing executed and filed.
All parties consent to release.
**Ordered bail set at** $100,000 unsecured bond.
Order Setting Conditions of Release to follow.

TIME COMMENCED:   2:40pm
TIME ADJOURNED:   2:50pm         s/ Mark Morelli
TOTAL TIME: 10 MINUTES             Deputy Clerk